**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**623-939-6546**
lawoffice@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. **2:10-BK-13917** |
| EDWARD L. JOHNSON and ) | |
| DANETT PIERSON ) | MOTION TO WAIVE **EDWARD L.** |
| ) | **JOHNSON'S** APPREARANCE AT § |
| Debtor(s), ) | 341 HEARING |

  COMES NOW the Debtor(s), EDWARD L. JOHNSON and DANETT PIERSON, by and through counsel undersigned hereby move the Court to waive the appearance of EDWARD L. JOHNSON at the Chapter 13 §341 hearing scheduled for June 16, 2009 at 12:00 p.m., for the following reason:

  Debtor, EDWARD L. JOHNSON, resides in Sun City, Arizona and is unable to attend for the following reasons: Debtor, EDWARD L. JOHNSON, is currently incapacitated and receiving treatment in St. Joseph's Hospital. Prognosis is unknown.

  THEREFORE, Debtor(s), motion that EDWARD L. JOHNSON'S appearance at the hearing be waived.

RESPECTFULLY SUBMITTED this 14th day of June 2010.

JOSEPH W. CHARLES, P.C.

/s/ Joseph W. Charles
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

COPY of the foregoing
Mailed this 14th day of
June 2010, to:

**Russell A. Brown**
3838 N Central Ave #800
Phoenix AZ 85012
Chapter 13 Trustee

By: P.Poniatowski___